Cmmc

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '21 MJ2896 |
| --- | --- |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. § 952 and 960 |
| Manuel JUAREZ, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about July 14, 2021, within the Southern District of California, Manuel JUAREZ did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Robert H. Resico
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 15th of July 2021.

_____
HON BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On July 14, 2021, at approximately 8:10 AM, Manuel JUAREZ, ("JUAREZ"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #26. JUAREZ was the driver, sole occupant, and registered owner of a 2015 Mitsubishi Lancer ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from JUAREZ. JUAREZ stated he was crossing the border to go to Spring Valley, California.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the waist and back area of JUAREZ.

Further inspection of JUAREZ resulted in the discovery of four packages concealed on his person, with a total approximate weight of 4.68 kgs (10.32 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

JUAREZ was placed under arrest at approximately 11:30 AM.

JUAREZ was arrested and charged with a violation of Title 21, United States Code, Sections 952 and 960, importation of a controlled substance.